Basil O'Connor, as Trustee of the Estate of Hotel Governor Clinton, Inc., Respondent, v. Maurice Cantor et al., Defendants, and Milton Gladstone,

Defendant-Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.